# Court of Appeals
# of the State of Georgia

ATLANTA, November 03, 2022

*The Court of Appeals hereby passes the following order*

**A23I0059. ASSICURAZIONI GENERALI S.P.A. v. FUTAMURA MEXICO, S.A. DE C.V.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

21104460



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, November 03, 2022.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*